# In the United States District Court for the Southern District of Georgia Brunswick Division

| | |
|---|---|
| LOREAL DIOR MCMILLER,<br><br>Plaintiff,<br><br>v.<br><br>SOCIAL SECURITY COMMISSIONER,<br><br>Defendant. | 2:25-cv-65 |

**ORDER**

The Magistrate Judge entered a Report and Recommendation for the Court to deny Plaintiff's Motion for Remand and to affirm the Administrative Law Judge's decision. Dkt. No. 17. Plaintiff filed Objections to the Magistrate Judge's Report and Recommendation, which are presently before the Court. Dkt. No. 18.

Plaintiff's first five Objections are not responsive to the Magistrate Judge's Report and Recommendation. Id. at 2-6. Plaintiff objects to the Administrative Law Judge's ("ALJ") findings. Id. However, the ALJ is the trier of fact. The ALJ found certain evidence unpersuasive and explained his reasoning for his findings. Dkt. No. 8 at 13-25. The Magistrate Judge concludes that substantial evidence supports the ALJ's finding and concludes that Plaintiff has not demonstrated that the ALJ committed any legal error. Dkt. No. 17. The Court concurs with the Magistrate Judge.

Plaintiff's sixth Objection refers to the portion of the Report and Recommendation recommending denial of the Motion for Remand. Dkt. No. 18 at 6. Plaintiff states that there is new MRI evidence that the ALJ did not consider when he made his decision. Id. The Magistrate Judge analyzes this evidence in accordance with the law and finds that the new evidence is not material. Dkt. 17 at 12. The Court concurs with the Magistrate Judge.

Therefore, after an independent and de novo review, I **OVERRULE** Plaintiff's Objections and **ADOPT** the Magistrate Judge's Report and Recommendation as the opinion of this Court. I **DENY** the Motion for Remand and **AFFIRM** the Defendant's decision. I **DIRECT** the Clerk of Court to **CLOSE** this case and enter the appropriate judgment of dismissal.

**SO ORDERED**, this 21 day of September, 2026.

HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA