AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## *Southern District of Georgia*

LOREAL DIOR MCMILLER,

Plaintiff,

v.

SOCIAL SECURITY ADMINISTRATOR,

Defendant.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: 2:25-cv-065

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, pursuant to the Order entered September 21, 2026, the Magistrate Judge's Report and Recommendation is adopted as the opinion of the Court. Therefore, Plaintiff's motion to remand is denied, and the Administrative Law Judge's decision is affirmed. This case stands closed.

Approved by: ______________________
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

September 23, 2026
*Date*

John E. Triplett, Clerk of Court
*Clerk*

*(By) Deputy Clerk*